# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>RODMAL TRUCKING, LLC, an Illinois limited liability company, and JOSE MALDONADO, Individually<br><br>Defendant. | No. 2015 C 3480<br><br>Judge Kocoras<br><br>Magistrate Judge |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on April 21, 2015 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service upon RODMAL TRUCKING, LLC, an Illinois limited liability company was made on the Defendant on May 8, 2015 and a copy of the proof of service was filed with the court on May 14, 2015.

3. Service upon JOSE MALDONADO, Individually was made on the Defendant on May 8, 2015, and a copy of the proof of service was filed with the court on May 14, 2015.

4. More than 21 days have passed without any response to the Complaint by Defendants, so that Defendants are now in default.

5. As supported by the attached Affidavits, the sums due on the Complaint are:

$3,135.31 Defaulted Pension Fund installment note payments
$7,048.39 Defaulted Welfare Fund installment note payments
$925.00 Attorneys fees
$496.00 Court costs
$11,604.70

WHEREFORE, Plaintiff prays for:

1. Entry of judgment against Defendant, RODMAL TRUCKING, LLC., an Illinois limited liability company on Count I of the Complaint in the amount of $11,604.70 and JOSE MALDONO, Individually, on Count II of the Complaint, jointly and severally, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $11,604.70.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
203 N. LaSalle Street
Suite 1650
Chicago, Illinois 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: June 1, 2015